Edgar ESTES, Appellant,

v.

FOODMAKER, INC., Respondent.

No. 46941.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 21, 1984.

L. Steven Goldblatt, St. Louis, for appellant.

Anna Mayer Beck, St. Louis, for respondent.

ORDER

PER CURIAM.

Damage suit. Jury verdict for defendant. Plaintiff appeals. An extended opinion would serve no precedential value. The judgment is affirmed pursuant to Rule 84.-16(b).